UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**05 - 60061** CR-MOORE   MAGISTRATE JUDGE
O'SULLIVAN

18 U.S.C. §844(e)
18 U.S.C. §876(c)

UNITED STATES OF AMERICA

vs.

DANE RAY SWINDELL,

   Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and

elsewhere, the defendant,

**DANE RAY SWINDELL,**

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce,

convey false information knowing the same to be false, concerning a threat to kill, injure and

intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a

building, that is, Bennett Elementary School, located at 1755 NE 14th St., Ft. Lauderdale, Florida,

by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 2

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANE RAY SWINDELL,**

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, Broward Estates Elementary School, located at 441 NW 35th Ave., Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 3

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANE RAY SWINDELL,**

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, Croissant Park Elementary School, located at 1800 SW Fourth Ave., Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 4

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## DANE RAY SWINDELL,

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, Dillard Elementary School, located at 2330 NW 12th Ct., Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 5

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## DANE RAY SWINDELL,

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, Floranada Elementary School, located at 5251 NE 14th Way, Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

3

## COUNT 6

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, Harbordale Elementary School, 900 S.E. 15th St., Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 7

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, Larkdale Elementary School, located at 3250 NW 12th Pl., Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

4

## COUNT 8

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, North Andrews Gardens Elementary School, 345 N.E. 56th St., Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 9

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, Riverland Elementary School, located at 2600 SW 11th Ct., Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

5

## COUNT 10

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANE RAY SWINDELL,**

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, Stephen Foster Elementary School, located at 3471 SW 22nd St., Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 11

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANE RAY SWINDELL,**

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, Virginia Schuman Young Elementary School, 101 N.E. 11th Ave., Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

6

## COUNT 12

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, Walker Elementary School, located at 1001 NW Fourth St., Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 13

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, Westwood Heights Elementary School, located at 2861 SW Ninth St., Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 14

On or about August 30, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and maliciously, through the use of the mail, an instrument of interstate commerce, convey false information knowing the same to be false, concerning a threat to kill, injure and intimidate any individual and an attempt and alleged attempt to unlawfully damage and destroy a building, that is, Wilton Manors Elementary School, located at 2401 NE Third Avenue, Ft. Lauderdale, Florida, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 15

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, COCONUT CREEK, 4800 W COPANS RD, COCONUT CREEK, 33063," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

### COUNT 16

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, COOPER CITY, 9090 SW 50TH PL, COOPER CITY, FL 33328," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

### COUNT 17

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, CORAL SPRINGS, 9551 W SAMPLE RD, CORAL SPRINGS, FL 33065," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 18

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, DANIA BEACH, 100 W DANIA BEACH BLVD, DANIA BEACH, 33004," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 19

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, DAVOE [sic], 6591 SW 45TH ST, DAVIE, 33314," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

10

## COUNT 20

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, DEERFIELD BEACH, 150 NE 2NSD [sic] AVE, DEERFIELD BEACH, 33441," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 21

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, FORT LAUDERDALE, 100 N ANDREWS AVE, FORT LAUDERDALE, FL 33301," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

11

## COUNT 22

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, HILLSBORO BEACH, 1210 HILLSBORO MILE, HILLSBORO BEACH, FL 33062," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 23

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, HOLLYWOOD, 2600 HOLLYWOOD BLVD, HOLLYWOOD, FL 33020," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 24

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, LAUDERDALE HILL, 2000 CITY HALL DR, LAUDERHILL, FL 33313," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 25

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, LAUDERDALE LAKES, 4300 NW 36TH ST, LAUDERDALE LAKES, FL 33319," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

13

## COUNT 26

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, LAUDERHILL-BY-TH-SEA [sic], 4501 OCEAN DRIVE, LAUDERDALE-BY-THE-SEA, FL 33308," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 27

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, LAZY LAKE VILLAGE, 2250 LAZY LANE, LAZY LAKE, FL 33305," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 28

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, LIGHTPOINT [sic], 2200 NE 38TH ST, LIGHTPOINT HOUSE [sic], FL 33064," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 29

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, MARGATE, 5790 MARGATE BLVD, MARGATE, FL 33063," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

15

## COUNT 30

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, MIRAMIR [sic] PKWY, MIRAMAR, 33023," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 31

From on or about September 30, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, NORTH LAUDERDALE, 701 SW 71ST AVE, NORTH LAUDERDALE, FL 33068," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 32

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, OAKLAND PARK BLVD, 3650 NE 12TH AVE, OAKLAND PARK, FL 33334," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 33

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, PLANTATION, 400 NW 73RD ST, PLANTATION, 33317," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 34

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANE RAY SWINDELL,**

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, PEMBROKE PARK, 3150 SW 52ND AVE, PEMBROKE PARK, FL 33023," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 35

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANE RAY SWINDELL,**

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, PEMBROKE PINES, 10100 PINES BLVD, PEMBROKE PINES, 33025," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

### COUNT 36

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, POMPANO BEACH, 100 W ATLANTIC BLVD, POMPANO BEACH, FL 33060," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

### COUNT 37

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, SEA RANCH LAKES, 1 GATEHOUSE RD, SEA RANCH LAKES, 33308," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 38

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, SUNRISE, 10770 W OAKLAND PK BLVD, SUNRISE, FL 33351," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 39

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, TAMARAC, 7525 NW 88TH AVE, TAMARAC, FL 33321," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

### COUNT 40

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, WESTON HILLS COUNTRY CLUB, 2600 COUNTRY CLUB WAY, WESTON, FL 33332," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

### COUNT 41

From on or about September 28, 2004, to on or about October 1, 2004, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANE RAY SWINDELL,

did knowingly and willfully cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to another person, that is, an envelope addressed to "MAYOR, WILTON MANORS, 524 NE 21ST CT, WILTON MANORS, FL 33305," which communication contained a threat to injure the person of the addressee and of another, in that such envelope contained a white powdery substance intended to look like anthrax.

All in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

DANE RAY SWINDELL,

           **Defendant.**
                  /

CASE NO.

**05 - 60061**

CR - MOORE

**CERTIFICATE OF TRIAL ATTORNEY**

MAGISTRATE JUDGE
O'SULLIVAN

Superseding Case Information:

New Defendant(s)      Yes _____ No _____
Number of New Defendants _____
Total number of counts _____

**Court Division:** (Select One)

___ Miami    ___ Key West
_X_ FTL     ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (yes or No)      No
   List language and/or dialect       _____

4. This case will take    3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                       (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
If yes:
Judge: _____      Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    Yes
If yes:
Magistrate Case No.    04-4201-FGT
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of    10/1/04
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _____ Yes   _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _____ Yes   _X_ No
If yes, was it pending in the Central Region? _____ Yes _____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? _____ Yes   _X_ No

RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0817643

*Penalty Sheet(s) attached

REV.1/14/04

AO 442   (Rev. 10/03)  Warrant for Arrest                          S/A Ronald Anthony Gaskins, FBI

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida

UNITED STATES OF AMERICA

V.                                    **WARRANT FOR ARREST**

DANE RAY SWINDELL                Case Number:   *04-4201-EGT*

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DANE RAY SWINDELL
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)
knowingly, through the use of the mail, maliciously conveying false information knowing the same to e false,
concerning an attempt being made to unlawfully damage an destroy buildings by means of an explosive

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 844(e) _____

EDWIN G. TORRES
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE              October 1, 2004, Fort Lauderdale, Florida
Title of Issuing Officer                               Date and Location

Bail fixed at $Pretrial Detention recommended              By: _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

v.

**DANE RAY SWINDELL,**

Defendant.

## CRIMINAL COMPLAINT

CASE NO. _04-4201-EGT_

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about August 30, 2004, in Broward County, in the Southern District of Florida, and elsewhere, the defendant did knowingly, through the use of the mail, maliciously convey false information knowing the same to be false, concerning an attempt being made, and to be made, to unlawfully damage and destroy buildings by means of an explosive, in violation of Title 18, United States Code, Section 844(e).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT RONALD ANTHONY GASKINS .

Continued on the attached and made a part hereof:          [x] Yes     [ ] No

Signature of Complainant
RONALD ANTHONY GASKINS, SPECIAL AGENT, FBI

Sworn to before me, and subscribed in my presence,

_October 1, 2004_          at   Ft. Lauderdale, Florida
Date                                                                City and State

_____          _____
**EDWIN TORRES**                                      Signature of Judicial Officer
United States Magistrate Judge

**AFFIDAVIT**

I, Ronald Anthony Gaskins, being duly sworn, depose and say:

1.   I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since September, 1996.  I am currently assigned to the Miami Field Office of the FBI and my duties include, but are not limited to, domestic terrorism investigations and threats against the national security of the United States, in violation of Title 18 U.S.C. 844(e).

2.   This affidavit is based upon information known to me personally from investigation, as well as information obtained from other law enforcement officers who have investigated this matter or have personal knowledge of the facts herein.

3.   This affidavit is in support of a criminal complaint against DANE RAY SWINDELL for mailing a false threat to damage or destroy a building by means of an explosive, in violation of Title 18, United States Code, Section 844(e).  As such, the affidavit only contains those facts and circumstances sufficient to establish probable cause, and does not contain every fact and circumstance know by your Affiant.

4.   In or about August or September 2004, eight schools in Broward County, Florida received letters advising the schools that there was a bomb in the building and a warning that election polls should not be held at those locations.  One letter posted on August 30, 2004, was mailed to Virginia Shuman Young School at 101 NW 111th Avenue, Ft. Lauderdale, Florida 33301.  That letter stated "THERE IS A BOMB IN YOUR BUILDING!!!  NO ELECTION POLLS HERE!!!"  Each letter was

postmarked Memphis, Tennessee and bore the same partial zip code.

5.   On or about September 30, 2004, a series of envelopes was received at local government offices in a number of municipalities in Broward County, Florida.  Each envelope was postmarked Memphis, Tennessee and bore the same partial zip code as the letters referenced above in paragraph 4.  Each envelope bore a printed address label which resembled the printed address labels affixed to the letters referenced in paragraph 4, above.  Each of the envelopes contained a single, blank piece of paper which had folded within an unidentified white powdery substance.

6.   Subsequent investigation revealed that three letters had been mailed from Memphis, Tennessee earlier in the year to the Federal Bureau of Investigation in North Miami Beach, Florida, Broward Sheriff's Office and to the Ft. Lauderdale, Florida, Police Department. These letters were signed by DANE SWINDELL, 57 N. Somerville Street, Memphis, Tennessee 38104. The letters alleged that individuals in Broward County Florida were threatening or harassing SWINDELL.

7.   On or about October 1, 2004, SWINDELL was located by federal agents at 57 N. Somerville Street, #308, Memphis, Tennessee.  After being informed by the agents of their identity and the purpose of their visit, SWINDELL agreed to be interviewed by the agents.  During the ensuing interview, SWINDELL admitted that he had mailed 25 letters containing white flour to cities in Broward County, Florida. SWINDELL also admitted that he had sent a number of bomb threat letters to

schools in Broward County, Florida.   SWINDELL advised that he wrote in those letters the following message: "There is a bomb in your building. No Election Polls Here."

8.   SWINDELL also gave consent to search his residence.   Agents found a list of addresses of schools and government officials in Broward County to which he either had already sent or intended to send threatening letters.   On the list was the Virginia Schuman Young School, which was checked off on the list.   Also checked off on the list were several other Broward County schools which had received bomb threat letters.

9.   Based on the foregoing, the undersigned affiant submits that there is probable cause to believe that DANE RAY SWINDELL did knowingly, through the use of the mail, maliciously convey false information knowing the same to be false, concerning an attempt being made, and to be made, to unlawfully damage and destroy buildings by means of an explosive, in violation of Title 18, United States Code, Section 844(e).

FURTHER AFFIANT SAYETH NAUGHT

RONALD ANTHONY GASKINS

Subscribed and sworn to before
me this 1st day of October, 2004.

EDWIN TORRES
United States Magistrate Judge

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   DANE RAY SWINDELL

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:                                           WEIGHT:

SEX:                                                 RACE:

HAIR:                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: __DANE RAY SWINDELL_____

____PTD_____: (Surety, Recognizance, Corp. Surety, Cash)
        (Jail) (On Bond) (Warrant) (Summons)
        (Marshal's Custody)

                           By: _____
                               RICHARD GETCHELL
                               ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

                    _____

                    _____

What Facility:      _____

                    _____

Agent(s):           _____
                    (FBI)  (SECRET SERVICE)  (DEA)  (IRS) (CUSTOMS)  (**OTHER**)

                                              AO (Rev.  3/89)
                                              Bond Recommendation

No. FL 06046

# UNITED STATES DISTRICT COURT

-----SOUTHERN----- District of   -----FLORIDA-----

THE UNITED STATES OF AMERICA

vs.

DANE RAY SWINDELL,

Defendant.

## INDICTMENT

18 U.S.C. § 844(e)
18 U.S.C. § 876(c)

# 05-60061

## CR-MOORE

MAGISTRATE JUDGE
O'SULLIVAN

A true bill.

_____
Foreman

FGJ # 04-11-04 (FTL)

Filed in open court this _____

of ----------- A.D.  2004  ----------- day,

_____
Clerk

Bail, $ ----------------

||
||