

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**
  Plaintiff

CASE NUMBER: CR: 05-60061-CR-MOORE

-vs

19912 076
SWINDELL, Dane
  Defendant

REPORT COMMENCING CRIMINAL ACTION

USMS NUMBER

FILED by _____ D.C.
MAG. SEC.
APR - 6 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT            (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: WJR from WD/TN    A M ____ P M ____

(2) LANGUAGE SPOKEN: ENG

(3) OFFENSE (S) CHARGED: Threat terroistic damage + destroy buildings by means of explosives

(4) DATE OF BIRTH: 3/13/58    409 96 6449

(5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
  { } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
  { } BENCH WARRANT FOR FAILURE TO APPEAR
  { } PROBATION VIOLATION WARRANT
  { } PAROLE VIOLATION WARRANT
  ORINGINATING DISTRICT: ____

(6) REMARKS: ____

(7) DATE: 4/6/05    (8) ARRESTING OFFICER: ____

(9) AGENCY: USMS    (10) PHONE: 305 536 5677

(11) COMMENTS: ____