UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60061-CR-MOORE

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

DANE RAY SWINDELL,
        Defendant.
_____/

## NOTICE OF INSANITY DEFENSE

Defendant, DANE RAY SWINDELL, through his undersigned counsel and pursuant to Fed. R. Crim. P. 12.2, hereby notifies the government that he intends to raise the defense of insanity at the time of the alleged offense charged in the indictment.

        Respectfully submitted,
        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By: _____
        Anthony J. Natale
        Assistant Federal Public Defender
        Florida Bar No. 296627
        150 W. Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        (305) 530-7000
        (305) 536-4559, Fax

## CERTIFICATE OF SERVICE

I here certify that a true and correct copy of the foregoing instrument was mailed this ____ day of May, 2005 to: Richard Getchell, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

        By: _____
        Anthony J. Natale

**FAXBACK SERVICE LIST**

Anthony J. Natale
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559


Richard Getchell
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305)961-9100
Fax:(305)536-4675