Drone Ray Swindell

Case No. 05-60061-CR-MOORE

**ORDERED AND ADJUDGED** that, pursuant to Section 4243(b), a psychiatric or psychological examination of the Defendant shall be conducted and that a psychiatric or psychological report shall be filed with the Court prior to the date set for the Section 4243(c) hearing, pursuant to the provisions of Title 18, United States Code, Section 4247(b) and (c).

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of September, 2005.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

Hon. Barry L. Garber, U. S. Magistrate
Richard E. Getchell, AUSA, Ft. Lauderdale
Anthony Natale, AFPD
PreTrial Services
U. S. Marshals (3 cert copies)
Bureau of Prisons (1 cert copy)

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 7-12-06

Executed on 10-13-05
FCC Batavia
@ 10:15 AM

-2-

34
bb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60061-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

VS.

DANE RAY SWINDELL,

    Defendant(s).

\# 19972-076

FILED by __R.G.__ D.C.

September 13, 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## JUDGMENT OF THE COURT

A nonjury trial was held before this Court on September 12, 2005. After receiving and considering the evidence presented by the government and the Defendant, the Court found the Defendant not guilty only by reason of insanity, pursuant to Title 18, United States Code, Section 4242(b)(3). Pursuant to Title 18, United States Code, Section 4243, a person found not guilty only by reason of insanity may be released by the Court only upon a determination that the Defendant's release would not create a substantial risk of bodily injury to another person or serious damage to the property of another due to a present mental disease or defect. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the defendant shall be committed to a suitable facility until such time as he is eligible for release pursuant to Section 4243(e). It is further

**ORDERED AND ADJUDGED** that, pursuant to Section 4243(c), a hearing shall be conducted pursuant to Title 18, United States Code, Section 4247(d), to determine whether the Defendant's release would create a substantial risk of bodily injury to, or serious damage to property of, another person due to a present mental disease or defect, and that such hearing shall take place on October 13, 2005, at 2:00 p.m. It is further