UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60061-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

DANE RAY SWINDELL,

    Defendant(s).
_____/

FILED by __R.G.__ D.C.

March 22, 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## COURT MINUTES
Date: March 22, 2006

| | |
|---|---|
| TYPE OF HEARING: | Status Hearing |
| PLAINTIFF'S COUNSEL: | Richard E. Getchell, AUSA |
| DEFENSE COUNSEL: | Anthony Natale, AFPD |
| CLERK: | Robin Godwin |
| REPORTER: | Pat sanders |
| PROCEEDINGS AT HEARING: | Counsel presented Court with signed agreement. Court Agrees to terms and conditions of letter agreement. |